UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

    -against-

DAVID CARABALLO,

               Defendant.

------------------------------------X

98 Cr. 1316

MEMORANDUM OPINION
AND ORDER

**Sweet, D.J.**

       Defendant David Caraballo ("Caraballo" or "Defendant") has petitioned the Court for modification of his outstanding fine imposed during his June 12, 2001 sentencing for violations of 21 U.S.C. § 843(b). Defendant's sentence required the payment of a $300 special assessment and a fine of $17,500.00. Caraballo now moves, on the basis of financial hardship, for the Court to set aside the fine or, in the alternative, to reduce the fine.

       A petition for remission of a fine may only be brought by the Government. 18 U.S.C. § 3573 ("Upon petition of the Government showing that reasonable efforts

1

to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice - (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . ."); see also United States v. Martinez, 281 Fed. Appx. 39, 41 (2d Cir. 2008) ("[T]he sentencing Court may not modify the terms and conditions of the fine except 'upon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective.'" (quoting 18 U.S.C. § 3573)); United States v. Linker, 920 F.2d 1, 2 (7th Cir. 1990) ("The language of [18 U.S.C. § 3573] is plain and unambiguous. By its own terms, it applies strictly to the Government, and not to defendants."); United States v. Heimbach, 808 F. Supp. 413, 416 (E.D. Pa. 1992) (denying defendant's petition for remission because "only the United States government may petition [the] Court to remit a defendant's fine").

Because the petition for remission of Defendant's fine has not been filed or joined by the Government, Caraballo's request is denied.

It is so ordered.

**New York, NY**
**January 15, 2010**

───────────────────────
ROBERT W. SWEET
U.S.D.J.